JOHNSON, executrix, *vs.* MARIETTA AND NORTH GEORGIA RAILROAD.

1. The fact that a judge of the superior court had formerly been a director of a railroad company, and was so at the time that an attorney rendered professional services to the company, did not disqualify him from presiding at the trial of a suit for such services, if at that time he had ceased to be a director, owned no stock, and was not otherwise interested. It is present, not past, interest which disqualifies a judge.

2. In no case will the first grant of a new trial be reversed, unless it be made to appear that the discretion vested in the presiding judge had been abused. Such is not the case here.

Judgment affirmed.

March 13, 1883.

JACKSON, Chief Justice.

[Mrs. Johnson, executrix of Abda Johnson, deceased, sued the Marietta and North Georgia Railroad for $1,000, alleged to be due for services rendered by the testator as attorney for the company. The jury found for the plaintiff $600. Defendant moved for a new trial on the ground that the verdict was contrary to law and evidence. It was granted, and plaintiff excepted. One assignment of error was that the presiding judge had been a director in de-

fendant at the time the services which formed the basis of the suit were rendered, though he had since ceased to be such, and that he was not qualified to grant the new trial. The judge certifies that no objection was made on this ground before him.]